IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00763-CMA-MEH

TASHEENA VASQUEZ,

    Plaintiff,

v.

RGS FINANCIAL, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2015.**

    The Stipulated Motion for Entry of Protective Order [filed October 7, 2015; docket #31] is **granted** as modified. Paragraph 10 of the Declaration [*see* docket #31-2] may not include language permitting the continuing jurisdiction of this Court beyond the termination of the case. With that modification, the parties' Proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.